UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 28 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ENVIRONMENTAL DEFENSE CENTER; et al.,

Petitioners,

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION; et al.,

Respondents.

No. 26-6190

Agency No. 2026-0464
Department of Transportation, National Transportation Safety Board

ORDER

The panel for companion case no. 25-8059 has assumed jurisdiction of this appeal.

The parties in case no. 26-6190 are ordered to participate in the court's status conference on October 5, 2026 at 1:30 p.m.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT