No 25-8059 consolidated with Nos. 26-4629, No. 26-508, and 26-6109

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

STATE OF CALIFORNIA,
*Petitioner*,

v.

PIPELINE & HAZARDOUS MATERIALS SAFETY ADMINISTRATION, et al.,
*Respondents*.

On Petition for Review of Actions by the Pipeline & Hazardous Materials Safety Administration

# CERTIFIED INDEX TO DOI PORTION OF THE ADMINISTRATIVE RECORD

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*
ROBERT N. STANDER
*Deputy Assistant Attorney General*
REBECCA JAFFE
MATTHEW R. OAKES
*Attorneys*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 598-0402
matthew.oakes@usdoj.gov

This filing provides notice that the administrative record for Case No. 26-6109, consolidated with the above-captioned case, is available. Attached to this filing are the following documents:

1. A certification from the U.S. Department of the Interior, U.S. Fish and Wildlife Service (the Service) that the materials described in the attached list constitute the complete administrative record for the Service's decision at issue in this litigation, namely the Service's concurrence with Pipeline and Hazardous Materials Safety Administration's (PHMSA) determination that its order(s)will not likely adversely affect species listed, or proposed for listing, under the Endangered Species Act, or their critical habitat.
2. The certified index to that record.

The United States will make the documents in the administrative record available to the Petitioners. On October 2, 2026, PHMSA filed a certified index for documents that comprise the administrative record for the other decisions challenged in this petition.

Respectfully submitted,

/s/ *Matthew R. Oakes*
ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*
ROBERT N. STANDER
*Deputy Assistant Attorney General*
REBECCA JAFFE
MATTHEW R. OAKES
*Attorneys*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 598-0402
matthew.oakes@usdoj.gov

October 30, 2026
DJ# 90-13-1-18076

## CERTIFICATE OF COMPLIANCE

This document complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

s/ *Matthew R. Oakes*
MATTHEW R. OAKES

Counsel for Appellants