**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

ENVIRONMENTAL DEFENSE CENTER, *et al*.,

Plaintiffs,

v.

U.S. DEPARTMENT OF TRANSPORTATION, *et al*.,

Respondents.

Case No. 26-6190

CERTIFICATION OF ADMINISTRATIVE RECORD

1. I, Alice Lee, am employed by the U.S. Department of the Interior, U.S. Fish and Wildlife Service (Service), as the Deputy Field Supervisor for the Ventura Fish and Wildlife Office. I have served in this position since November 2023. In this position, I have custody and control of all documents constituting the official administrative record prepared and maintained by the Service that appear on the Index to the Administrative Record that accompanies this declaration.

2. To the best of my knowledge, the documents and information described in the Index for the Administrative Record constitute the full and complete administrative record for the Service's decision at issue in this litigation, namely the Service’s concurrence with Pipeline and Hazardous Materials Safety Administration’s (PHMSA) determination that its order(s) will not likely adversely affect species listed, or proposed for listing, under the Endangered Species Act (“ESA" or “the Act”), or their critical habitat, 16 U.S.C. §§ 1531–1544. The complete Administrative Record contains all documents before the decisionmaker in making the aforementioned decision.

3. The Administrative Record contains documents in Adobe Acrobat (pdf) format that are Bates stamped from FWS_000001 to FWS_000127. The Administrative Record also contains the index identified above.

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED this **29th** day of October 2026,

ALICE LEE

Digitally signed by ALICE LEE
Date: 2026.10.29 09:47:34 -07'00'

Alice Lee
U.S. Fish and Wildlife Service