U.S. Fish & Wildlife Service Administrative Record
October 30, 2026
ENVIRONMENTAL DEFENSE CENTER, *et al.*,
v.
U.S. DEPARTMENT OF TRANSPORTATION, *et al.*,
Case No. 26-6190 (9th Cir.)

| Bates Begin # | End Bates # | File Name | Category | Date | From/Author | To | Subject | Document Description |
|---|---|---|---|---|---|---|---|---|
| FWS_000001 | FWS_000001 | 20260220 1103 (1).pdf | Communications | 2/20/2026 11:03AM | Automated Email | FWS | IPaC delivered Official Species List for project: Emergency Special Permit | Notification email transmitting species list for Kern, San Luis Obispo, and Santa Barbara counties |
| FWS_000002 | FWS_000026 | 20260220 1103 (1)_1.pdf | Communications | | FWS | | | List of threatened and endangered species that may occur in your proposed project location or may be affected by your proposed project |
| FWS_000027 | FWS_000027 | 20260220 1103.pdf | Communications | 2/20/2026 11:03AM | Automated Email | FWS | A Lead Agency has requested "Emergency Consultation" for this project in IPaC. | Notification email transmitting an emergency consultation request letter that was sent to FWS through IPaC and populated in ECOSphere (2026-0052879) |
| FWS_000028 | FWS_000029 | 20260220 1103_1.pdf | Communications | | FWS | DOT | | Emergency consultation request letter response from FWS to DOT |
| FWS_000030 | FWS_000032 | 20260220 1103_2.pdf | Communications | | FWS | | | Alternative Procedures for Informal, Expedited Consultation under Section 7 of the Endangered Species Act for Energy Projects amid the National Energy Emergency. This document is linked in the footnote of FWS_000029, but provided here as an attachment in PDF form. |
| FWS_000033 | FWS_000033 | 20260226 0949.pdf | Communications | 2/26/2026 9:49AM | Nelson, Carolyn (DOT) | Ventura Section 7, FW8 | [EXTERNAL] Section 7 consultation letter for Sable Offshore Corp. (Segments CA-324 and CA-325) | Email from DOT to FWS transmitting the Pipeline and Hazardous Materials Safety Administration’s (PHMSA) Section 7 consultation letter regarding the proposed Special Permit (SP) for Sable Offshore Corp. (Segments CA-324 and CA-325) |
| FWS_000034 | FWS_000047 | 20260226 0949_1.pdf | Communications | | DOT | FWS | | Re: Informal Section 7 Consultation for Sable Offshore Corp. Special Permit (Segments CA-324 and CA-325) Project code: 2026-0052036 |
| FWS_000048 | FWS_000049 | 20260226 1517.pdf | Communications | 2/26/2026 3:17 PM | Darst, Cat <Cat_Darst@fws.gov> | Carolyn Nelson <carolyn.nelson@dot.gov> | Re: [EXTERNAL] Section 7 consultation letter for Sable Offshore Corp. (Segments CA-324 and CA-325) | Email from FWS to DOT confirming that the emergency consultation request was received as well as informing DOT that the IPaC system provided recommended actions. Date at top of document is associated with compilation of the administrative record and is not the date of the document. |
| FWS_000050 | FWS_000063 | 20260226 1517_1.pdf | Communications | | DOT | FWS | | Re: Informal Section 7 Consultation for Sable Offshore Corp. Special Permit (Segments CA-324 and CA-325) Project code: 2026-0052036 |
| FWS_000064 | FWS_000067 | 20260227 0815.pdf | Communications | 2/27/2026 27 8:14 AM | Leets, Whitney (OST) <whitney.leets@dot.gov> | Johnson, Adam G <adam_johnson@fws.gov> | RE: [EXTERNAL] Section 7 consultation letter for Sable Offshore Corp. (Segments CA-324 and CA-325) | Email between FWS and DOT coordinating a time to meet to discuss consultation |

| Bates Begin # | End Bates # | File Name | Category | Date | From/Author | To | Subject | Document Description |
|---|---|---|---|---|---|---|---|---|
| FWS_000068 | FWS_000073 | 20260514 0656.pdf | Communications | 5/14/2026 6:56 AM | Leets, Whitney (OST) <whitney.leets@dot.gov> | Johnson, Adam G <adam_johnson@fws.gov> | Re: Fw: [EXTERNAL] Section 7 Consultation | Email between FWS and DOT coordinating a time to meet to discuss ESA compliance. |
| FWS_000074 | FWS_000087 | 20260514 0656_1.pdf | Communications | | DOT | FWS | | Re: Informal Section 7 Consultation for Sable Offshore Corp. Special Permit (Segments CA-324 and CA-325) Project code: 2026-0052036. Document was attached to an email earlier in the chain, on 5/6/2026 7:08PM. |
| FWS_000088 | FWS_000088 | 20260515 1625.pdf | Communications | Fri 5/15/2026 4:25 PM | Johnson, Adam G <adam_johnson@fws.gov> | timothy.o'shea@dot.gov <timothy.o'shea@dot.gov>; shelby.fuller.ctr@dot.gov <shelby.fuller.ctr@dot.gov> | Additional Information Request | Email from FWS to DOT transmitting high-level overview of additional information FWS would request from DOT. Date at top of document is associated with compilation of the administrative record and is not the date of the document. |
| FWS_000089 | FWS_000095 | 20260515 1625_1.pdf | Communications | | FWS | | | Information Needed for U.S. Fish and Wildlife Service Analysis of the Sable Section 7 Programmatic NLAA Request |
| FWS_000096 | FWS_000098 | 20260518 0935.pdf | Communications | 5/18/2026 9:35 AM | Darst, Cat <Cat_Darst@fws.gov> | Mast, Travis <travis.mast@dot.gov> | Re: [EXTERNAL] Section 7 Consultation | Email chains between FWS and DOT discussing timeline for PHMSA consultation. Date at top of document is associated with compilation of the administrative record and is not the date of the document. |
| FWS_000099 | FWS_000103 | 20260605 0744.pdf | Communications | 6/5/2026 7:44 AM | Johnson, Adam G <adam_johnson@fws.gov> | Timothy O'Shea (DOT), Shelby Fuller | Re: [EXTERNAL] Accepted: PHMSA/FWS Coordination @ Fri May 15, 2026 12pm - 12:30pm (CDT)(Johnson, Adam G) | Email chains between FWS and DOT discussing the amended consultation request. Chain originates with invite to a meeting on 5/15/2026. Date at top of document is associated with compilation of the administrative record and is not the date of the document. |
| FWS_000104 | FWS_000104 | 20260611 0830.pdf | Communications | 6/11/2026 8:30 AM | Nelson, Carolyn (DOT) | Ventura Section 7, FW8 | [EXTERNAL] Section 7 Consultation Request (CA-324 and CA-325) | Email from Dot to FWS transmitting amended informal Section 7 consultation request for the Sable Offshore Corp. Special Permit (Segments CA-324 and CA-325) |
| FWS_000105 | FWS_000107 | 20260611 0830_1.pdf | Communications | | DOT | FWS | | RE: Amended Informal Section 7 Consultation for Sable Offshore Corp. Special Permit (Segments CA-324 and CA-325) Project code: 2026-0052036 |
| FWS_000108 | FWS_000110 | 20260611 1425.pdf | Communications | 6/11/2026 2:25 PM | Dellith, Chris (VFWO) | carolyn.nelson@dot.gov | Sable Section 7 Consultation Response (CA-324 and CA-325) (Project Code 2026-0052036)(Ecosphere 2026-0052879-S7-001) | Email from FWS to DOT stating FWS's concurrence to DOT's determination that that implementation of the project is not likely to result in adverse effects to the aforementioned listed and proposed for listing species, as well as respective critical habitat designations; email also transmits the original and amended informal consultation request from DOT. |

| Bates Begin # | End Bates # | File Name | Category | Date | From/Author | To | Subject | Document Description |
|---|---|---|---|---|---|---|---|---|
| FWS_000111 | FWS_000113 | 20260611 1425_1.pdf | Communications | | DOT | FWS | | RE: Amended Informal Section 7 Consultation for Sable Offshore Corp. Special Permit (Segments CA-324 and CA-325) Project code: 2026-0052036 |
| FWS_000114 | FWS_000127 | 20260611 1425_2.pdf | Communications | | DOT | FWS | | Re: Informal Section 7 Consultation for Sable Offshore Corp. Special Permit (Segments CA-324 and CA-325) Project code: 2026-0052036 |